```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED: 1-30-20
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :         19-CR-846-ALC-11
     -against-                      :
                                    :         ORDER
Tyrell Murphy                       :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

ANDREW L. CARTER, JR., United States District Judge:

It is hereby ORDERED that the defendant's bail include the condition of "home detention enforced by electronic monitoring."

Dated: New York, New York
       January 30, 2020

                                        SO ORDERED:

                                        */s/ Andrew L. Carter, Jr.*
                                        ANDREW L. CARTER, JR.
                                        United States District Judge