## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
___
WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL
___
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 24, 2020

Via Email and ECF

Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10017

Re:   United States v. Tyrell Murphy,
      19 Cr. 846 (RA)

> In light of prior compliance issues, this application is denied.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> August 24, 2020

Dear Judge Abrams:

We represent Tyrell Murphy in the above-captioned matter.  Mr. Murphy is currently on pretrial release with a condition of home detention.  We write to request that the Court permit him to attend a memorial service today from 2:00 to 3:30 p.m.

A friend of Mr. Murphy's, Paris Hayes, passed away suddenly over the weekend.  His memorial service is being held today from 2:00 to 5:00 p.m. at 216 Lennox Avenue.  Our understanding is that this is only a few minutes away from where Mr. Murphy resides.

The Government has no objection to this request.  Pretrial Services objects.  Thank you very much for your consideration of this matter.

Respctfully submitted,

Telemachus P. Kasulis
Counsel for Tyrell Murphy

cc:   All counsel (via ECF)
      Pretrial Services Officer Rena Bolin (via email)