UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

                                            1: 19-CR-00846-11 (RA)

    -against-                                    ORDER

TYRELL MURPHY,

                       Defendant.
-----------------------------------------------------X

Ronnie Abrams, United States District Judge:

      It is hereby ORDERED that the defendant's bail be modified on consent to replace home detention enforced by location monitoring with a curfew enforced by location monitoring with hours to be determined by Pretrial Services. All other bail conditions remain in effect.

Dated: New York, New York
         December 2, 2020

                                                    SO ORDERED:

                                                    Ronnie Abrams
                                          United States District Judge